[No. 65562-1-I.   Division One.   September 12, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RICARDO CALVIN PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-04010-5, Michael Hayden, J., entered May 24, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, A.C.J., and Cox, J.

[No. 65609-1-I.   Division One.   September 12, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN FREDERICK WEIBLE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-01402-1, Ronald L. Castleberry, J., entered June 24, 2010. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Cox and Lau, JJ.

[No. 65628-7-I.   Division One.   September 12, 2011.]

*In the Matter of the Marriage of* JOSEPH J. AUSTIN, *Appellant*, and SILVANA M. DI GIACOMO, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-3-06917-3, Meg Sassaman, J. Pro Tem., entered June 3, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Ellington, JJ.

[Nos. 65634-1-I; 65637-6-I;   Division One.   September 12, 2011.]
65638-4-I.

THE STATE OF WASHINGTON, *Respondent*, v. TROY CLINTON VANSICKLE, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 91-1-02542-4, Douglass A. North, J., entered May 27, 2010. *Dismissed* by unpublished opinion per Dwyer, C.J., concurred in by Grosse and Appelwick, JJ.